IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JOE WAYNE McDOWELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 115-002 ) |
| STAN SHEPARD, Warden, and BETTY McDOWELL, Unit Manager of 14 Area, | ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Plaintiff failed to complete the entire grievance process prior to submitting his current complaint against Warden Shepard and Unit Manager McDowell. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DENIES** Plaintiff's request for a transfer, (doc. no. 13), **DISMISSES** Plaintiff's complaint without prejudice for failure to exhaust administrative remedies, and **CLOSES** this civil action.

SO ORDERED this 15th day of May, 2015, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA